United States District Court FOR Middle District of Florida

Tina Ramirez

v.

FEDERAL DISTRICT COURT COMPLAINT

OCT 5 2026 PM1:58
FILED - USDC - FLMD - TPA

8:26-CV-3025-MSS-LSG

Whitney Clark
John P. Burns
Brian Gotlieb
Robert Mayberger
Genine Edwards
Judy Kim
Joy Campanelli
Thomas Marcelle
Vanessa Fang
Sallie Manzanet-Daniels
Kevin Mcclanahan
Eric Komittee
Wavny Toussaint
William G. Ford
Carmen A. Pacheco
Jack Stoller
David J. Venturella
Michael Rosenthal
Hector LaSalle
Tanya Faye
Eric Gonzalez
Dianne Renwick
Daniel Ramos
Gina Abadi
Kam Yuen
Arlene Bluth
Suzanne Adams
David J. Venturella
Margo Brodie
Laura Taylor Swain
James E. Boasberg
Joseph B. Edlow
Edgardo Ramos
Dakota Ramseur

Defendant violated first amendment rights in denying access.
Plaintiff demands a trial.

Tina Ramirez

I.F.P.